```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALONIA WHITE,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :     22 Civ. 8062 (JPC)
              -v-                                                      :
                                                                       :          ORDER
IRIS NOVA LTD., et al.,                                                :
                                                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Complaint in this action was filed on September 21, 2022. Dkt. 1. Defendant Zak Normandin has not appeared in this action, and the docket does not reflect whether he has been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

      Plaintiff is ordered to file a status letter by January 24, 2023, describing (1) whether service of the summons and Complaint has been made on Defendant Normandin, and (2) if service has not been effected on Defendant Normandin, whether Plaintiff requests an extension of time to serve him. If Plaintiff requests an extension of time to effect service, she shall include in her letter an explanation of why there is good cause to excuse her failure to serve Defendant Normandin within the 90-day deadline set by Rule 4(m). *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). If service of the summons and Complaint has been made on Defendant Normandin, Plaintiff must file proof of service on the docket no later than January 24, 2023. If no such letter is filed, the Court will dismiss

the case as to Defendant Normandin.

SO ORDERED.

Dated: January 18, 2023
      New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge