```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALONIA WHITE,                                                          :
                                                                       :
                        Plaintiff,                                     :
                                                                       :        22 Civ. 8062 (JPC)
          -v-                                                          :
                                                                       :        ORDER
IRIS NOVA LTD. et al.,                                                 :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On April 27, 2023 the Court ordered Defendants to appear and show cause at a hearing on June 12, 2023 at 4:00 p.m. why an order should not be issued granting a default judgment against them. To date, Defendants have not appeared. By June 9, 2023 Plaintiff shall file a letter providing authority in support of her fifth cause of action for unpaid regular wages under the New York Labor Law. In particular, Plaintiff should address which provision of the New York Labor Law entitles her to her regular rate of pay for unpaid wages, as opposed to the minimum wage, and any case law supporting her interpretation of such a provision.

      SO ORDERED.

Dated: June 7, 2023
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge