UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                            :

ALONIA WHITE,                                           :

                                    Plaintiff,                      :
                                                                          :      22 Civ. 8062 (JPC)
                       -v-                                            :
                                                                          :          <u>ORDER</u>

IRIS NOVA LTD. *et al.*,                              :
                                                                           :
                            Defendants.                 :
                                                                           :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On April 27, 2023 the Court ordered Defendants to appear and show cause at a hearing on June 12, 2023 at 4:00 p.m. why an order should not be issued granting a default judgment against them.  In her Seventh and Eighth Causes of Action, Plaintiff claims that Defendants violated New York Labor Law sections 195(1) and 195(3) by failing to provide Plaintiff with wage notices and wage statements, as required by those provisions, and seeks damages for those violations.  Dkt. 1 ¶¶ 67-74; *see also id.* ¶¶ 1, 34.  Courts in this District have determined that a failure to provide such wage-related information, without more, is insufficient to allege an injury in fact to create standing in federal court.  *See, e.g.*, *Neor v. Acacia Network, Inc.*, No. 22 Civ. 4814 (ER), 2023 WL 1797267, at *4 (S.D.N.Y. Feb. 7, 2023); *Shi v. TL & CG Inc.*, No. 19 Civ. 8502 (SN), 2022 WL 2669156, at *8-9 (S.D.N.Y. July 11, 2022); *Ramirez v. Sake II Japanese Rest., Inc.*, No. 20 Civ. 9907 (JLR) (BCM), 2023 WL 3354881, at *9 (S.D.N.Y. Apr. 24, 2023) *report and recommendation adopted by* 2023 WL 3346768 (S.D.N.Y. May 10, 2023); *see also Francisco v. NY Tex Care, Inc.*, No. 19 Civ. 1649 (PKC) (ST), 2022 WL 900603, at *7 (E.D.N.Y. Mar. 28, 2022).  Therefore, by June 12, 2023, at 1:00 p.m., Plaintiff shall inform the Court whether she intends to proceed with the claims in her Seventh and Eighth Causes of Action, in which case the

Court will adjourn the default judgment hearing and request further briefing, or whether she no longer intends to proceed with these claims.

    SO ORDERED.

Dated: June 9, 2023
       New York, New York

                                          JOHN P. CRONAN
                                     United States District Judge