# LEVINE & BLIT, PLLC

*Attorneys at Law*

800 WESTCHESTER AVENUE, SUITE S-322
RYE BROOK, NY 10573
PHONE: (212) 967-3000 - FAX: (212) 967-3010
www.levineblit.com
email: RMoriarty@LevineBlit.com

---

June 13, 2023

*Via ECF*

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:**     **1:22-cv-8062-GHW White v. Iris Nova Ltd. et al.**

Dear Judge Cronan,

      This firm represents the plaintiff in the above-referenced matter. I respectfully write regarding Your Honor's Order issued June 12, 2023 (Document No. 39), setting the default judgment hearing in this matter on June 28, 2023.

      I respectfully request an adjournment of the default judgment hearing to **July 11, 2023**, or to a date and time more convenient to the Court.[1] The reason for this request is that I will be on trial in the Middle District of Pennsylvania from June 21, 2023 to June 30, 2023, in a class action captioned as Henkel et al. v. Highgate Hotels, LP, et al., Civil Action No. 3:15-cv-01435-JPW. This is counsel's first request for an adjournment of this hearing, and no opposing counsel has appeared in this matter, therefore consent for this request cannot be sought. Should this request be granted, counsel requests that the other related dates regarding the hearing be amended as follows:

- Plaintiff's counsel shall serve a copy of the order setting the hearing date by **June 15, 2023**;
- Plaintiff's counsel shall file proof of service by **June 16, 2023**; and,
- Plaintiff's counsel shall submit additional briefing by **July 5, 2023**.

      Thank you for your attention to this request.

---

[1] Counsel requests that the hearing not be scheduled on July 12 or July 13, as I have six witness depositions scheduled in a different matter throughout those two days.

Very truly yours,

LEVINE & BLIT, PLLC

Russell S. Moriarty, Esq.

The request is granted. Plaintiff shall serve a copy of the Court's Order at Docket Number 39, as well as this Order, on Defendants by June 15, 2023 and shall file proof of service on the docket by June 16, 2023. The default judgment hearing is adjourned until July 11, 2023 at 4:30 p.m. Plaintiff shall submit her additional briefing by July 5, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 40.

SO ORDERED.
Date: June 14, 2023           JOHN P. CRONAN
New York, New York        United States District Judge