**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ALONIA WHITE,

                Plaintiff,

    -against-                                          22 **CIVIL** 8062 (JPC)

                                                              **JUDGMENT**

IRIS NOVA LTD. et al.,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 2, 2023, having reviewed Plaintiff's expenses, consisting of a filing fee, service fees, and overnight mailing fees, the Court has approved them as reasonable in the amount of $581. The Court has therefore awarded Plaintiff a judgment in the amount of $64,535.80, consisting of $20,860 in unpaid regular and overtime wages, $20,860 in liquidated damages, $3,754.80 in prejudgment interest, $18,480 in attorney's fees, and $581 in costs; accordingly, the case is closed.

**Dated:**  New York, New York

      August 2, 2023

                                                          **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                     **BY:**     *K. Mango*

                                                                   **Deputy Clerk**